# IN THE SUPREME COURT OF TEXAS

No. 14-0122

LIFE PARTNERS, INC. AND MILKIE/FERGUSON INVESTMENT, INC., PETITIONERS,

v.

MICHAEL ARNOLD, JANET ARNOLD, STEVE SOUTH AS TRUSTEE AND ON BEHALF OF THE SOUTH LIVING TRUST, JOHN S. FERRIS, M.D., CHRISTINE DUNCAN, AND ALL OTHERS SIMILARLY SITUATED, RESPONDENTS

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and counsel's argument, concludes that the Fifth Court of Appeals' judgment should be affirmed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The Fifth Court of Appeals' judgment is affirmed; and

2) Michael Arnold, Janet Arnold, Steve South as Trustee And on Behalf of the South Living Trust, John S. Ferris, M.D., and Christine Duncan, shall recover, and Life Partners, Inc., and Milkie/Ferguson Investment, Inc. shall pay, the costs incurred in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered by Justice Jeffrey S. Boyd

May 8, 2015

\*\*\*\*\*\*\*\*\*\*